**Motion Denied and Order filed November 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00605-CV
_____

### EDDIE JENKINS, Appellant

### V.

### INVENTION RESOURCE INTERNATIONAL AND EMERY TRACY, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-04487**

## ORDER

On September 9, 2015, William P. Ramey III filed a motion to withdraw as counsel for the appellant. On October 5, 2015, the court issued notice that the motion did not comply with Tex. R. App. P. 6.5 and requested Ramey to file a corrected motion within 10 days. No corrected motion has been filed. Therefore, Ramey's motion to withdraw is **denied**.